IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS P. MUEHLDORF,

    Plaintiff,

v.

Case No. 3:25-cv-00523-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---

ORDER ON FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $5,400.00 (five thousand four hundred dollars and zero cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Joseph Frydman** pursuant to the EAJA assignment duly signed by plaintiff.

If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

>Frydman Law LLC
>1700 Reisterstown Road
>Suite 202
>Baltimore, MD 21208

Dated at Madison, Wisconsin, this 3RD day of NOVEMBER, 2025.

>BY THE COURT:
>
>_____
>JAMES D. PETERSON
>Chief United States District Judge